UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BK No. 13-32476 |
| | ) | |
| MELVIN R. SMITH | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | | Hearing Date: 10/12/17 |
| | | at 10:00 a.m. |

## RESPONSE TO MOTION OF TRUSTEE TO COMPEL J.G. WENTWORTH

Comes now J.G. Wentworth Originations, LLC (hereinafter "J.G. Wentworth"), by counsel, and submits its Response to Motion of Trustee to Compel J.G. Wentworth and, in support thereof, states as follows:

1.    On September 20, 2017, a hearing was held on the Trustee's Motion to Compel J.G. Wentworth.  J.G. Wentworth did not appear at said hearing due to issues regarding service and, therefore, a lack of notice.  Nonetheless, this court reset this matter for October 12, 2017.

2.    That all necessary parties, specifically, J.G. Wentworth, Trustee N. Neville Reid, Pacific Life & Annuity Services, and Pacific Life & Annuity Company, by and through their counsel, have been communicating in an attempt to resolve the pending issues.  In order to conclude the sale of the Payee's annuity benefits, a Stipulation and Acknowledgment of Assignment must be signed by two or more of the foregoing parties.  The issues referenced herein revolve around the compromise and agreement of certain terms and obligations set forth within said documents.

3.    That counsel for the Trustee, Bruce de'Medici, and one of J.G. Wentworth's attorneys, Tracy M. Weber, have discussed this matter in detail and have agreed to continue the hearing for one (1) week.  Upon information and belief, both attorneys are of the opinion that this matter can be resolved and all documents executed if given an additional seven (7) days.

Attorney Weber has consented to Attorney de'Medici appearing at the hearing on October 12, 2017 for the purpose of updating this court and requesting a new date.

4. In the event the foregoing issues cannot be resolved within seven (7) days, J.G. Wentworth will file a more detailed response regarding the Motion to Compel and will attend the next scheduled hearing.

5. Undersigned counsel has provided a copy of this Motion to Registrants in this case through the Court's Electronic Notice to Registrants, and by First Class Mail to Concordis Group, Ltd., counsel for Pacific Life, and the Debtor. Undersigned counsel submits that this constitutes due notice of this response as required under Fed. R. Bankr. P. 9014 or otherwise.

Dated: October 11, 2017							J.G. Wentworth Originations, LLC

By: */s/ Christopher R. Murphy*
One of Their Attorneys
Christopher R. Murphy
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

# **CERTIFICATE OF SERVICE**

I, Christopher R. Murphy, certify that a copy of the above and foregoing Response to Motion of Trustee to Compel J.G. Wentworth, was served upon the Registrants listed below through the Bankruptcy Court's Electronic Notice for Registrants and upon Melvin Smith, Concordis Group, Ltd., Pacific Life & Annuity Services, and Pacific Life & Annuity Company through First Class, United States mail, postage prepaid, to:

**Registrants served through the Court's Electronic Notice for Registrants**

Office of the United States Trustee
USTPRegion11.es.ecf@usdoj.gov

Jason Blust
Law Office of Jason Blust, LLC
Jason.blust@clientfirstbankruptcy.com

N. Neville Reid
Fox, Swibel, Levin & Carroll, LLP
nreid@fslc.com

Bruce de'Medici
de'Medici Law
bdemedici@gmail.com


**Served through First Class Mail**

Melvin Smith
7952 S. Greenwood Avenue
Apt. 1
Chicago, IL 60619-3318

Jessica Chong Goebeler
Drinker, Biddle & Reath, LLP
One Logan Square
Suite 2000
Philadelphia, PA 19103
Attorneys for Pacific Life & Annuity Company and
Pacific Life & Annuity Services

Leah Mwangi
Operations & Processing Manager
Concordis Group, Ltd.
6701 Democracy Blvd.

    Suite 300
    Bethesda, MD 20817

on this __11th__ day of October, 2017.

                                                                                                           _/s/ Christopher R. Murphy_