UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>MELVIN R. SMITH,<br><br><br>Debtor(s) | BK No.: 13-32476<br><br>Chapter: 7<br>Honorable Janet S. Baer |

**ORDER GRANTING APPLICATION TO EMPLOY
FOX SWIBEL LEVIN & CARROLL LLP,
AS GENERAL BANKRUPTCY COUNSEL RETROACTIVE TO APRIL 12, 2016**

Upon consideration of the Application of N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Melvin R. Smith (the "Debtor"), to employ Fox Swibel Levin & Carroll LLP ("FSLC"), as General Bankruptcy Counsel Retroactive to April 12, 2016 (the "Application") and the Declaration of Brian J. Wilson attached to and in support of the Application (the "Wilson Declaration"), this Court being fully advised in the premises, appropriate notice and opportunity for a hearing on the Application having been given, it appearing that FSLC does not represent or hold any interest adverse to the Trustee or the Debtor or to the Estate with respect to the matters upon which FSLC is to be employed, it appearing that the relief requested in the Application is in the best interests of the Debtor, the Estate, creditors, and other parties in interest, this proceeding constituting a core proceeding pursuant to 28 U.S.C. § 157(b), and this Order constituting a final order pursuant to 28 U.S.C. § 158(a);

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Trustee is authorized to employ FSLC as General Bankruptcy Counsel Retroactive to April 12, 2016.

3. FSLC shall be compensated in accordance with the terms of the Application, subject to the procedures set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and any orders of this Court.

Enter:   /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  February 14, 2018

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Brian J. Wilson (ARDC #6294099)
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fax:  312.224.1201